**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| MICHAEL RUBIN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>FBR & CO., RICHARD J. HENDRIX, REENA AGGARWAL, THOMAS J. HYNES JR., RICHARD A. KRAEMER, ALLISON M. LEOPOLD TILLEY, MARK R. PATTERSON, ARTHUR J. REIMERS, and WILLIAM F. STROME<br><br>Defendants. | Civil Case No.: 1:17-cv-00410-LMB-MSN |

**PLAINTIFF'S WITHDRAWAL OF HIS MOTION**
**FOR PRELIMINARY INJUNCTION AS MOOT**

Plaintiff Michael Rubin ("Plaintiff") hereby withdraws his Motion for Preliminary Injunction ("Motion") previously filed with the Court on May 5, 2017 (ECF No. 7).

After Plaintiff filed his Motion, on Friday, May 12, 2017, FBR & Co. ("FBR" or the "Company") filed supplemental disclosures with the U.S. Securities and Exchange Commission ("SEC") on Form 8-K (the "Supplemental Disclosures"). The Supplemental Disclosures address and moot Plaintiff's claims alleged in his Motion. Accordingly, Plaintiff hereby withdraws his Motion as moot.

Plaintiff respectfully requests that the Court remove from it calendar the hearing on Plaintiff's Motion currently scheduled for Friday, May 19, 2017 at 10:00 a.m.

2

Dated: May 15, 2017  Respectfully Submitted,

By:   /s/ *Elizabeth K. Tripodi*
Elizabeth Tripodi, VA Bar #73483
LEVI & KORSINSKY LLP
1101 30th St. NW, Suite 115
Washington, D.C. 20007
Telephone: (202) 524-4290
Facsimile: (202) 333-2121
etripodi@zlk.com

*Attorneys for Plaintiff*

**OF COUNSEL:**
**WEISSLAW LLP**
Richard A. Acocelli
Michael A. Rogovin
Kelly C. Keenan
1500 Broadway, 16th Floor
New York, New York 10036
Telephone: (212) 682-3025
Facsimile: (212) 682-3010

**CERTIFICATE OF SERVICE**

  I hereby certify that on May 15, 2017, I electronically filed a true and correct copy of the foregoing document with the Clerk of Court using the CM/ECF system, which sent notification of such filing to all registered users. And I hereby certify that I will send the forgoing document and all attachments thereto via email, as per agreement, to the following non-filing user:

Bradley R. Wilson
WACHTELL LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, New York 10019
BRWilson@wlrk.com

            By: /s/ *Elizabeth K. Tripodi*
              Elizabeth Tripodi, VA Bar #73483
              LEVI & KORSINSKY LLP
              1101 30th St. NW, Suite 115
              Washington, D.C. 20007
              Telephone: (202) 524-4290
              Facsimile: (202) 333-2121
              etripodi@zlk.com