**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| MICHAEL RUBIN, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br> vs. <br><br> FBR & CO., RICHARD J. HENDRIX, REENA AGGARWAL, THOMAS J. HYNES JR., RICHARD A. KRAEMER, ALLISON M. LEOPOLD TILLEY, MARK R. PATTERSON, ARTHUR J. REIMERS, and WILLIAM F. STROME <br><br> Defendants. | Case No.: 1:17-cv-410 |

**STIPULATION REGARDING RESOLUTION OF FEE CLAIM
AND CLOSING OF CASE FILE**

WHEREAS, on July 11, 2017, the parties (the "Parties") in the above-captioned class action (the "Action") filed a Stipulation Concerning Plaintiff's Voluntary Dismissal of the Above Action and Plaintiff's Counsel's Anticipated Application for an Award of Attorneys' Fees and Expenses (the "Stipulation of Dismissal") (Dkt. No. 17);

WHEREAS, on July 11, 2017, the Court granted the Stipulation of Dismissal and retained jurisdiction of this action solely for the purpose of adjudicating any issues related to the potential Fee and Expense Application. (Dkt. No. 18);

WHEREAS, on August 11, 2017, the Parties to this Action reached a collective agreement to resolve the intended fee application, thereby obviating the need for further motions practice;

WHEREAS, the Parties have agreed that, in return for a full release of any and all claims for attorneys' fees and expenses in connection with this matter, FBR or its successor in interest will pay Plaintiff's counsel the amount of $250,000.00 within (10) days of the filing of this

1

Stipulation;

NOW, THEREFORE, IT IS STIPULATED AND AGREED by the undersigned parties, through their respective counsel, and subject to the Court's approval, that:

1. The Action is hereby closed for all purposes.

Dated August 17, 2017                                Respectfully Submitted,

By:   /s/ Elizabeth Tripodi
Elizabeth Tripodi, VA Bar #73483
LEVI & KORSINSKY LLP
1101 30th St. NW, Suite 115
Washington, D.C. 20007
Telephone:   (202) 524-4290
Facsimile:    (202) 333-2121
etripodi@zlk.com

**WEISSLAW LLP**
Richard A. Acocelli
Michael A. Rogovin
Kelly C. Keenan
1500 Broadway, 16th Floor
New York, New York 10036
Telephone: (212) 682-3025
Facsimile: (212) 682-3010

*Attorneys for Plaintiff*

**PERKINS COIE**

By:   /s/ John K. Roche
John K. Roche, VA Bar #68594
700 13th Street NW, #600
Telephone: (202) 434-1627
Facsimile: (202) 654-9106
Email: JRoche@perkinscoie.com

*Attorneys for Defendants*

        **WACHTELL, LIPTON, ROSEN & KATZ**
Bradley R. Wilson
51 West 52nd Street
New York, New York 10019
Telephone: (212) 403-1108
Facsimile: (212) 403-2108
Email: BRWilson@wlrk.com

*Attorneys for the Individual Defendants*

**SULLIVAN & CROMWELL LLP**
Adam S. Paris
1888 Century Park
East Los Angeles, California 90067-1725
Telephone: (310) 712-6663
Facsimile: (310) 712-8800
Email: parisa@sullcrom.com

*Attorneys for FBR & Co.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

        _____
Honorable Leonie M. Brinkema
United States District Judge

DATED: August ___, 2017

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2017, I electronically filed a true and correct copy of the foregoing document with the Clerk of Court using the CM/ECF system, which sent notification of such filing to all registered users.

By: /s/ Elizabeth Tripodi
Elizabeth Tripodi, VA Bar #73483
LEVI & KORSINSKY LLP
1101 30th St. NW, Suite 115
Washington, D.C. 20007
Telephone: (202) 524-4290
Facsimile: (202) 333-2121
etripodi@zlk.com